IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:06cr251-02

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| CHRISTOPHER ALLEN HUNTER, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER coming on to be heard before the undersigned on November 28, 2007 and at the call of this matter, defendant's counsel made an oral motion to continue the case to which the Government did not object.

**ORDER**

IT IS, THEREFORE, **ORDERED** that the above entitled matter is **CONTINUED** until **December 5, 2007**.

Signed: December 11, 2007

_____
Dennis L. Howell
United States Magistrate Judge